**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 01-1070

IGOR A. BAZAROV,

Plaintiff - Appellant,

versus

MARY HULSE, Fairfax County Police; R. M.
THEAL, Fairfax County Police; FAIRFAX COUNTY,
Virginia,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Gerald Bruce Lee, District
Judge. (CA-99-1965-A)

Submitted: October 18, 2001        Decided: October 25, 2001

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Robert J. Hill, Fairfax, Virginia, for Appellant. David P. Bobzien,
County Attorney, Robert Lyndon Howell, Deputy County Attorney,
Edward E. Rose, III, Assistant County Attorney, Fairfax, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Igor A. Bazarov appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Bazarov v. Hulse, No. CA-99-1965-A (E.D. Va. filed Dec. 4, 2000; entered Dec. 5, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED